UNITED STATES BANKRUPTCY COURT
Western District of Washington

In re **Thomas C. Rasmussen**
**Nonie Rasmussen**
Debtors.

Case No. **10-43065**

Chapter **7**

# Motion By Debtor To Convert From Chapter 7 Case To Case Under Chapter 13

1. This bankruptcy case was commenced by a petition filed by the debtor(s) under Chapter 7 of Title 11, United States Code on **04/20/2010**.

2. The debtor(s) hereby file(s) this conversion under 11 U.S.C. Sec. 706, 11 U.S.C. Sec. 348 and Bankruptcy Rule 1017, in order to convert this Chapter 7 case to a case under Chapter 13 of the Bankruptcy Code.

3. Attached hereto and filed herewith are new schedules and statements appropriate for a Chapter 13 case and a new matrix address list which includes all creditors including those creditors scheduled or filing claims in the Chapter 7 case.

WHEREFORE, debtor(s) request(s) for relief in accordance with Chapter 13 of the Bankruptcy Code.

Dated: **6/14/2010**

I/we the debtor(s) in the foregoing conversion, certify under penalty of perjury that the foregoing is true and correct.

**Hal J. Geiersbach**
Hal J. Geiersbach
Attorney for Debtor(s)
Bar No. 14150
8910 Main Street E, Suite F
Bonney Lake, Washington 98391

Telephone No.: 1-253-863-3366

**s/ Thomas C. Rasmussen**
Thomas C. Rasmussen
Debtor

**s/ Nonie Rasmussen**
Nonie Rasmussen
Joint Debtor